## EMC MORTGAGE CORPORATION *v.* DANIEL R. SNYDER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 16845) is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Edwin L. Doernberger*, in support of the petition.

*Michele D. Sensale*, in opposition.

Decided May 8, 1997

## HOUSEHOLD BANK F.S.B. *v.* ROBERT L. MARTIN ET AL.

The defendant Juanita Martin's petition for certification for appeal from the Appellate Court (AC 16032) is denied.

*Juanita Martin*, pro se, in support of the petition.

Decided May 8, 1997

## WILLIAM TAFF *v.* JAYMA BETTCHER

The defendant's petition for certification for appeal from the Appellate Court (AC 16533) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 15683.

*James D. Hirschfield*, in support of the petition.

*Steven H. Levy*, in opposition.

Decided May 8, 1997